Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
Davidson Law Group, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (310) 473-2300
Fax: (310) 473-2941

Attorneys for Defendant MMAD Games,
LLC and Imagination Games, Inc.,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| INI, LLC <br><br>           Plaintiff, <br><br>     v. <br><br> MMAD Games, LLC and Imagination Gaming Inc., <br><br>           Defendants | Case No.  2:25-cv-4685-CMB-SSC <br><br> **Answer and Affirmative Defenses of Defendants MMAD Games, LLC and Imagination Gaming Inc.;** <br><br> **Counterclaim for Cancellation and Declaratory Relief** <br><br> **Demand for Jury Trial** |
| MMAD Games, LLC and Imagination Gaming Inc., <br><br>           Counterclaimants, <br><br>     v. <br><br> INI, LLC <br><br>           Counter-Defendant. | |

*Answer and Counterclaim*

1    Defendants and Counterclaimants MMAD Games, LLC ("MMAD") and
2 Imagination Gaming Inc. ("Imagination") (collectively "Defendants"), by and through
3 their counsel Davidson Law Group, ALC, answer the Complaint of Plaintiff INI, LLC
4 ("Plaintiff" or "INI"), where the paragraphs below refer to the paragraphs of the
5 Complaint. Unless specifically admitted, Defendants deny each of the allegations in
6 Plaintiffs' Complaint.

7                        **NATURE OF ACTION**

8 1.    Defendants admit that this is a civil action in which Plaintiff purports to seek
9 injunctive relief, alleged damages and other purported remedies for alleged violation
10 of the Lanham Act and California common law.  Defendants deny the remainder of
11 Plaintiff's allegations in Paragraph 1.

12 2.    Defendants admit that "NEVER HAVE I EVER" was and at all relevant times
13 has been and remains a generic parlor game used across multiple media for years,
14 including television programs, board and card games, games on mobile phones, online
15 games, and games across social media.  Defendants admit that Plaintiff has sold a
16 "NEVER HAVE I EVER" game, as have many others.  Defendants admit that
17 Plaintiff has sold different versions of a "NEVER HAVE I EVER" game at various
18 retailers.  Defendants admit that "NEVER HAVE I EVER" games predate Plaintiff's
19 use of the phrase.  Defendants lack sufficient information to admit or deny the
20 remaining allegations of Paragraph 2 and for that reason deny these allegations.

21 3.    Defendants admit that the game "TIPSY LAND" uses game cards and that the
22 first version of these game cards used, among other cards, the generic phrase
23 "NEVER HAVE I EVER" for a "NEVER HAVE I EVER" game, as do other games,
24 and that TIPSY LAND uses a font and a game card color for its playing cards that is
25 different from Plaintiff's playing cards.  Defendants admit that TIPSY LAND
26 subsequently was sold using playing cards that use the phrase "NEVER HAVE I".
27 Defendants deny the remaining allegations of Paragraph 3.

28

4.    To the extent that Paragraph 4 is deemed to contain any factual allegations, Defendants deny them.

### JURISDICTION AND VENUE

5.    Defendants admit that the Court has subject matter jurisdiction over the subject matter of the claims.

6.    Defendants admit the allegations of Paragraph 6.

7.    Defendants admit that MMAD has consented to jurisdiction in this District related to other matters.  Defendants deny the remaining allegations of Paragraph 7.

8.    Defendants deny the allegations of Paragraph 8.

9.    Defendants deny the allegations of Paraph 9 and state that Defendants do not challenge personal jurisdiction or venue in this case.

### PARTIES

10.    Defendants lack sufficient information to admit or deny the allegations of Paragraph 10 and for that reason deny these allegations.

11.    Defendants admit that MMAD creates board games and that MMAD is a Texas limited liability company with a principal place of business located at 777 Main St., Suite No. 2100, Fort Worth, Texas 76102.  Defendants deny the remaining allegations of Paragraph 11.

12.    Defendants admit that Imagination Gaming Inc. is a Delaware corporation that sells board games and deny the remaining allegations of Paragraph 12.

### ALLEGED BACKGROUND

13.    Defendants deny that Plaintiff has had 14 years of exclusive use of "NEVER HAVE I EVER" for games.  Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 13 and for that reason deny these allegations.

14.    Defendants admit that Paragraph 14 describes some aspects of Plaintiff's game but deny that it completely characterizes the game.

15.    Defendants admit that Paragraph 15 appears to show an image of one version of

Plaintiff's game in which the generic and common phrase "NEVER HAVE I EVER" appears on a white background above a red box. Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 15 and therefore deny these allegations.

16.     Defendants lack sufficient information to admit or deny the allegations of Paragraph 16 and therefore deny these allegations.

17.      Defendants lack sufficient information to admit or deny the allegations of Paragraph 17 and therefore deny these allegations.

18.     Defendants admit that many "NEVER HAVE I EVER" games have been played across different media and have appeared in television shows and interviews, and that Plaintiff's game is just one of these many "NEVER HAVE I EVER" games, *i.e.,* Plaintiff's representation in Paragraph 13 that it has had "fourteen years of exclusive use, promotion, media attention, and commercial success" is false. For example, *Brit + Co* published an article about the *Ellen* show in which Martha Stewart and Snoop Dogg played a "NEVER HAVE I EVER" game that was not Plaintiff's card game.[1] As another example, *PurWow* published an article about Simone Biles playing a "NEVER HAVE I EVER" game that was not Plaintiff's card game.[2] Defendants lack sufficient information regarding Plaintiff's understanding of whether a product has been "featured" in shows and whether such instances were "unsolicited." Plaintiff denies the remaining allegations of Paragraph 18.

19.     Defendants admit that Plaintiff sells a NEVER HAVE I EVER game on its website at https://inillc.com/, an Amazon.com account, and through retailers in the United States, including Francesca's, TikTok Shop, Amazon, Spencer's Games, Barnes & Noble Urban Outfitters and Walmart. Defendants lack sufficient information

[1] The link is provided at: https://www.brit.co/whoa-martha-stewart-snoop-dogg-and-anna-kendricks-never-have-i-ever-answers-will-leave-you-shocked/
[2] https://www.purewow.com/news/simone-biles-never-have-i-ever.

to admit or deny the remaining allegations of Paragraph 19 and therefore deny them.

20.     Defendants deny that Plaintiff has made exclusive use of the NEVER HAVE I EVER phrase.  Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 20 and therefore deny them.

21.     Defendants admit that the records of the U.S. Patent & Trademark Office ("USPTO") show that Registration No. 4394071 alleges a first date of use of October 1, 2010, for "BOARD GAMES; EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES; PARLOR GAMES; PARTY GAMES, IN CLASS 28." Defendants admit that USPTO records indicate that Registration No. 4,660,646 alleges a first date of use of January 1, 2010 for "BEER MUGS; COFFEE MUGS; CUPS AND MUGS; DRINKING GLASSES; FLASKS; INSULATING SLEEVE HOLDER FOR BEVERAGE CUPS; INSULATING SLEEVE HOLDER FOR BOTTLES; INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS; SHOT GLASSES".  Defendants admit that the records of the USPTO show that Registration No. 4,764,445 alleges a first date of use of November 4, 2014 for "Computer game software for use on mobile and cellular phones."  Defendants deny the remaining allegations of Paragraph 21, including any implication that the registrations are valid or enforceable.

22.     Paragraph 22 is a legal argument as to which no response is required.  To the extent that a response is required, Defendants lack sufficient information regarding Plaintiff's use of the term "incontestable" in order to admit or deny the argument as phrased, and on that basis deny it.

23.     Defendants admit that the USPTO records for U.S. Application Ser. No. 77/433,930, filed in 2008, state a status of March 22, 2010 of "ABANDONED - NO STATEMENT OF USE FILED."  Defendants deny the remaining allegations of Paragraph 23.

## **Defendants' Allegations of Infringement**

24.     Defendants admit that TIPSY LAND is a drinking game and a board game and that they are businesses involved in the business of designing or selling these games. Defendants admit that Plaintiff sells a card game that is not named TIPSY LAND and that is not a drinking game.  Defendants admit that TIPSY LAND used the generic phrase "NEVER HAVE I EVER" on playing cards in a first version of its drinking game, and "NEVER HAVE I" in subsequent versions.  Defendants admit that there is a "Bachelorette" Version of TIPSY LAND.  Defendants deny the remaining allegations of Paragraph 24.

25.     Defendants admit that Paragraph 25 shows a first version of a playing card for TIPSY LAND and a later version of a playing card for TIPSY LAND.  Defendants deny the remaining allegations of Paragraph 25.

26.     Defendants deny that Defendants' game directly copies Plaintiff's game. Defendants admit that many "NEVER HAVE I EVER" games use similar concepts and statements referring to the same or similar embarrassing situations such as the ones identified in Paragraph 26 and that such common concepts and statements appear in some of the game cards of Defendants' drinking game as well as in other "NEVER HAVE I EVER" games.  Defendants deny the remaining allegations in Paragraph 26.

27.     Defendants admit that TIPSY LAND was or is sold through the listed online platforms and otherwise deny the allegations of Paragraph 27.

28.     Defendants admit that Paragraph 28 provides links to terms of service for TikTok.  Defendants admit that Spencer's, Francesca's, and Urban Outfitters have stores in California.  The rest of Paragraph 28 contains legal argument as to which no response is required.

29.     Defendants admit that counsel for INI contacted counsel for MMAD on December 27, 2024.  Defendants admit that MMAD attended the New York Toy Fair in February 2025 and that Toy Fair is the largest toy show in the United States.

Defendants lack sufficient information to admit or deny allegations regarding Toy Fair attendance and therefore deny these allegations.  Defendants deny the remaining allegations of Paragraph 29.

30.    Defendants deny the allegation that there are any "Infringing Marks," that there is "verbatim" or any other type of "copying," "sub-par goods" or purported damage to Plaintiff's purported good will or reputation.  Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 30 and therefore deny these allegations.

31.    Defendants admit that Plaintiff filed a trademark infringement action against MMAD in the District of Maryland on February 26, 2025 after being advised that there was no personal jurisdiction as to MMAD in Maryland.  Defendants admit that Plaintiff was forced to dismiss the action and that Plaintiff's improper filing of the Maryland action forced MMAD to incur the costs of filing a motion to dismiss based on lack of personal jurisdiction.  Defendants lack information regarding when Plaintiff allegedly learned of Imagination and therefore deny the allegation.  Defendants deny the remaining allegations of Paragraph 31.

32.    Defendants deny the allegation that MMAD distributes and sells the accused TIPSY LAND game, except for a very small number of units.  Defendants admit that Imagination determines retail locations for TIPSY LAND.  Defendants deny the remaining allegations of Paragraph 32.

33.    Defendants deny the allegations of Paragraph 33.

## <u>COUNT I</u>

34.    Defendants restate and incorporate by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

35.    Paragraph 35 contains legal argument as to which no response is required.

36.    Defendants deny the allegations of Paragraph 36.

37.    Defendants deny the allegations of Paragraph 37.

38. Defendants deny that they have engaged in any infringement. Defendants admit that Plaintiff has identified registrations that are registered in its name. Defendants deny any remaining allegations in Paragraph 38.

39. Defendants deny the allegations of Paragraph 39.

40. Defendants deny the allegations of Paragraph 40.

41. Defendants deny the allegations of Paragraph 41.

42. Defendants deny the allegations of Paragraph 42.

43. Defendants deny the allegations of Paragraph 43.

44. Defendants deny the allegations of Paragraph 44.

45. Defendants deny the allegations of Paragraph 45.

## COUNT II

46. Defendants restate and incorporate by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

47. Paragraph 47 contains a legal argument as to which no response is required.

48. Defendants deny the allegations of Paragraph 48.

49. Defendants deny the allegations of Paragraph 49.

50. Defendants deny the allegations of Paragraph 50.

51. Defendants deny the allegations of Paragraph 51.

52. Defendants deny the allegations of Paragraph 52.

53. Defendants deny the allegations of Paragraph 53.

54. Defendants deny the allegations of Paragraph 54.

## COUNT III

55. Defendants restate and incorporate by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

56. Defendants deny the allegation of Paragraph 56.

57. Defendants deny the allegations of Paragraph 57.

58. Defendants deny the allegations of Paragraph 58.

1    59.    Defendants deny the allegations of Paragraph 59.

2    60.    Defendants deny the allegations of Paragraph 60.

3    61.    Defendants deny the allegations of Paragraph 61.

4                                    <u>COUNT IV</u>

5    62.    Defendants restate and incorporate by reference each and every response

6    contained in the preceding paragraphs as if fully set forth herein.

7    63.    Defendants admit that Imagination distributes the games that Plaintiff accuses

8    of infringement and otherwise deny the allegations of Paragraph 63.

9    64.    Defendants admit that MMAD engaged Imagination to distribute the games that

10   Plaintiff accuses of infringement and otherwise deny the allegations of Paragraph 64.

11   65.    Defendants deny the allegations of Paragraph 65.

12   66.    Defendants lack sufficient information regarding the timing of the objection to

13   which Plaintiff refers in Paragraph 66 to admit or deny the allegation.

14   67.    Defendants lack sufficient information regarding Plaintiff's use of the term

15   "profits" to admit or deny the allegation of Paragraph 67 and therefore deny the

16   allegation.

17   68.    Defendants deny the allegations of Paragraph 68.

18   69.    Defendants deny the allegations of Paragraph 69.

19                      <u>RESPONSE TO PRAYER FOR RELIEF</u>

20       In response to the Prayer for Relief, Defendants deny the allegations in Plaintiff's

21   Prayer For Relief and deny that Plaintiff is entitled to any of the damages, injunctions,

22   or other purported relief Plaintiff seeks.

23                   <u>DEFENDANTS' AFFIRMATIVE DEFENSES</u>

24       Defendants assert the following separate and additional defenses to the

25   Complaint. By alleging the defenses set forth below, Defendants do not agree or

26   concede that they bear the burden of proof or the burden of persuasion on any of these

27   issues, in whole or in part, including that would otherwise fall on Plaintiff.

28

*Answer and Counterclaim*                           **8**

## **FIRST AFFIRMATIVE DEFENSE**

### **(Fair Use)**

Defendants used the phrases "NEVER HAVE I EVER" and "NEVER HAVE I" not as a trademark but only fairly and in good faith to describe a feature and purpose of their game cards.

## **SECOND AFFIRMATIVE DEFENSE**

### **(Invalidity)**

The phrase "NEVER HAVE I EVER" is not protectable as a trademark, including because it is generic.  NEVER HAVE I EVER is a parlor game where players ask each other about things they have not done.  At least by the time of the alleged infringement, the phrase was generic for a type of game.  Examples of uses showing that NEVER HAVE I EVER is generic are provided in the preceding paragraphs and in the paragraphs below in the Counterclaim stated herein.

## **SECOND AFFIRMATIVE DEFENSE**

### **(Functionality)**

The phrase "NEVER HAVE I EVER" is not protectable as a trademark because its use is functional and either essential to the use of a NEVER HAVE I EVER game or affects the quality of game play for a NEVER HAVE I EVER game.  Defendants did not use "NEVER HAVE I EVER" as the name of a game but instead used it for "NEVER HAVE I EVER" statements that are part of the game known as "NEVER HAVE I EVER."  The game predates Plaintiff's launch of its game and has continued to be popular, including as a drinking game, based on use of the phrase "NEVER HAVE I EVER."  For example, one website[3] explains that the game "works" by use of the phrase:

> Never have I ever game
>
> …

---

[3] https://us.forums.blizzard.com/en/overwatch/t/never-have-i-ever-game/11832

> Here is a drinking game of "Never Have I ever"
>
> The way it works is that you post 'Never have I ever-_____' and fill in the
> blank.  If the person who reads the post has done that thing (whatever you filled
> in), that person has to drink (soda or any delicious beverage around you). The
> next person then posts a 'Never have I ever'…

Because the phrase functions as part of the gameplay of the generic game, countless websites and other publications provide lists of "Never have I ever" questions to facilitate playing the game.  Examples of this are shown in the paragraphs above and below.  As a result of the phrase being functional, Plaintiff's purported trademark in the phrase is invalid.

## THIRD AFFIRMATIVE DEFENSE

### (Failure To Police)

Plaintiff failed to police the use of its alleged trademark.  Plaintiff applied to register NEVER HAVE I EVER, a preexisting commonly used and generic phrase for a generic parlor game then already known as NEVER HAVE I EVER, in 2010.  Since that time, Plaintiff has allowed many different companies and many individuals to continue using NEVER HAVE I EVER or begin using NEVER HAVE I EVER with respect to NEVER HAVE EVER games, products, and projects.  NEVER HAVE I EVER games have proliferated and become widespread and the phrase fails to serve as a trademark.  Many examples of this are shown in the paragraphs above and below.

## FOURTH AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiff implicitly has allowed and acquiesced to the use of the phrase "NEVER HAVE I EVER" for "NEVER HAVE I EVER" games.  Plaintiff has, for years, allowed the use of NEVER HAVE I EVER by many parties, across many different types of media, leading others, including Defendants, that no assertion would be made of trademark infringement for use of the phrase "NEVER HAVE I EVER"

for a "NEVER HAVE I EVER" game.

## FIFTH AFFIRMATIVE DEFENSE

### (First Amendment)

The use of the phrases "NEVER HAVE I EVER" and "NEVER HAVE I" are not source-identifying.  Rather, they have an artistic relationship to the Defendants' games, which are creative works that do not mislead consumers.  These phrases are part of creative game play that starts with these phrases.  Examples of this are shown above and below.  Further, any purported risk of misunderstanding as to any relationship between games using these phrases is outweighed by the interests in artistic expression, precluding any claim of infringement under the First Amendment of the United States Constitution.

## FIRST COUNTERCLAIM FOR CANCELLATION (15 U.S.C. § 1119)

### THE PARTIES

1.      Defendant/Counterclaimant MMAD, founded by two female recent college graduates, is an innovative board game company.  They are the creators of TIPSY LAND, a wildly popular board game that blends classic party games with a social twist.  In one version of the game, players moved around the board, completed challenges, and answered questions to advance.  The game included various cards and spaces with phrases like "NEVER HAVE I EVER," "PICK SOMEONE WHO," "MAKE A TOAST," "GIVE A SHOT," and "FINISH YOUR DRINK," designed to spark conversation.  For instance, drawing a "NEVER HAVE I EVER" card prompted players to read the statement; those who have done it take a drink, otherwise, the current player drinks, just as in the well-known parlor game "NEVER HAVE I EVER."

2.      Defendant/Counterclaimant Imagination is a Delaware corporation and successful distributor of board games, including TIPSY LAND.

3.      Plaintiff makes a card game for playing the well-known parlor game "NEVER

HAVE I EVER."  Attempting to capitalize on MMAD's success, Plaintiff filed this lawsuit claiming exclusive rights to the phrase "NEVER HAVE I EVER."  Plaintiff asserts ownership and infringement of Registration No. 4,394,071 for board games, party games, and parlor games and Registration No. Registration No. 4,764,445 for mobile game software and purported common law rights in the phrase "NEVER HAVE I EVER."  However, "NEVER HAVE I EVER" is a decades-old parlor game where players ask each other about things they have not done.  It is a generic game and not protectable as a source identifier or trademark.

### JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1119, as it arises under the Lanham Act and is an action involving a registered mark.

5.      Venue is proper in this district under 28 U.S.C. § 1391.

### FACTUAL ALLEGATIONS

6.      NEVER HAVE I EVER is a very popular parlor game that typically involves drinking.  Numerous articles confirm its widespread use as a drinking game.  It was discussed in a 2007 article in the *Journal of Alcohol & Drug Education*.[4]  It also was played in the 2009 film *The Boat that Rocked* and a 2009 article about the movie from *Lost In The Movies* referring to the game played in the movie as "Never Have I Ever."[5]  A true and correct copy of the 2009 article is attached hereto as **Exhibit 1**.

7.      Consumers understand that NEVER HAVE I EVER is understood primarily to be a type of game, not the brand or source identifier of just a single game.

---

[4] American Alcohol & Drug Information Foundation. *Journal of Alcohol & Drug Education*: "Ping-pong, endurance, card, and other types of drinking games: are these games of the same feather?" June 1, 2007, available at https://www.thefreelibrary.com/Ping-pong%2c+endurance%2c+card%2c+and+other+types+of+drinking+games%3a+are...-a0165912679.

[5] *See, e.g.,* https://www.lostinthemovies.com/2009/11/pirate-radio.html.

8.    The NEVER HAVE I EVER game existed before Plaintiff filed its trademark application.

9.    NEVER HAVE I EVER games existed before Plaintiff's introduction in the marketplace of its NEVER HAVE I EVER game.

10.    Plaintiff did not invent the first NEVER HAVE I EVER game.

11.    Plaintiff based its NEVER HAVE I EVER game on preexisting NEVER HAVE I EVER games.

12.    **Exhibit 2** attached hereto is a true and correct copy of a *Wikipedia* page for "Never Have I Ever" which is archived and dated February 15, 2010 at the Internet Archive at the link https://web.archive.org/web/20100215001851/https://en.wikipedia.org/wiki/ Never_have_I_ever.

13.    The February 15, 2010 Wikipedia page archived by the Internet Archive stated:

> **"Never have I ever"**, also commonly known as **"I've Never..."** (alternatively **"I Never"**) or **"10 fingers"**,[1] is a popular party game that typically involves drinking.[2] The verbal game[3] is started with each player getting into a circle and putting up 10 fingers. Then, the first player says a simple statement starting with "Never have I ever".[2] Anyone who has done what the first player has not must drink and put down one finger.[4] Play then continues around the circle, and the next person makes a statement.[5] The game is finished when any player ends up with all 10 fingers down.[6]
>
> Games such as never have I ever "reveal interesting things about the participants and help build friendships", according to one American college student.[7] Players often admit to things that they previously had not.[8] As with truth or dare, the game is often sexual in nature.[9] In some variations, the game may be incorporated into other drinking games, usually Kings.[7]
>
> The game has been portrayed in many television shows and films, such as *Lost*, *The L Word*, *Family Guy*, *Gossip Girl*, *Beerfest*, and *The Boat That Rocked*.

14.    By at least April 2009, the *Urban Dictionary* defined "never have I ever" with

the following entry (redacted):

**never have I ever**
A game (can involve drinking sometimes) in which people go around in a
circle saying things they have never done. If it's played as a drinking
game, everyone who HAS done the thing the person says must drink.
Otherwise, everyone starts with all 10 fingers up and puts a finger down
if they have done that thing, and first person with no fingers remaining
wins (or loses, depending how you look at it).

That game of never have I ever really got ****ed up when Scotty said
"Never have I ever been *******************. Talk about TMI.

by Nick D Jul 19, 2004 share this

15.     **Exhibit 3** is a true and correct copy of an archived webpage from the Urban

Dictionary dated April 9, 2009 at

https://www.urbandictionary.com/define.php?term=never%20have%20I%20ever

16.     The Never Have I Ever parlor game has been well known to college students

for years before the introduction of TIPSY LAND.  A September 7, 2010 issue of *The*

*Collegian* included an article titled "Beyond Beer Pong: Students say drinking games

build unity, foster friendship, can include non-drinkers."  A true and correct archived

copy of the article from the Internet Archives at the link below[6] is attached hereto as

**Exhibit 4**.  The article states, "Senior Tracy Gura said drinking games like Never

Have I Ever and Kings reveal interesting things about the participants and help build

friendships."

17.     *Glamour* magazine published an article on June 23, 2010 titled, "*Never Have I*

*Ever:  The (True) Beauty Version*." The article is available online at

https://www.glamour.com/story/never-have-i-ever-the-true-bea and dated June 23,

2010.  The June 23, 2010 *Glamour* article includes a passage stating:  "Has anyone

ever played the game 'Never Have I Ever?' Well, when you grow up in a small town

---

[6]https://web.archive.org/web/20110304203710/http://www.hillsdalecollegian.com/2.
11618/beyond-beer-pong-1.1569996

like I did, there's not much else to do but to play games like this. Basically, you tell something that you may (or may not) have done and then the other players have to guess if you're telling the truth or not." A true and correct copy of the *Glamour* article is attached hereto as **Exhibit 5**.

18.     A Never Have I Ever game has been available online at http://neverhaveiever.org/main. The game was archived by the Internet Archive on approximately August 31, 2011 at https://web.archive.org/web/20110831175436/http://neverhaveiever.org/main/, a screenshot of which is shown below.



Another version of the NEVER HAVE I EVER game has been available online since at least 2013, as shown by the Internet Archive webpage at https://web.archive.org/web/20130117023607/https://neverhaveiever.org/.

19.     **Exhibit 6** is a true and correct copy of a "Southasm" website archived by the Internet Archives and dated February 10, 2010 at https://web.archive.org/web/20190717142138/http://southasm.tripod.com/ The website provided a list of "Never Have I Ever Questions," stating: "We were tired of running out of questions while playing the infamous drinking game 'Never

have I ever' and got bored one night and decided to write questions down."

20.    On information and belief, before introducing its "NEVER HAVE I EVER" game, Plaintiff was aware of a preexisting "NEVER HAVE I EVER" board game using images and content from the television show "Gossip Girl" with game cards using the phrase "NEVER HAVE I EVER" followed by different scenarios. The Gossip Girl NEVER HAVE I EVER GAME was sold in a box shown in the photograph below:



21.    The TIPSY LAND product shown in the Complaint at page 8, paragraph 25, on the left hand side, with a "NEVER HAVE I EVER" card was introduced into the market in late 2023.

22.    By at least 2023, "NEVER HAVE I EVER" was known as a type of game where a player would make a statement starting with the words "NEVER HAVE I EVER."

23.    NEVER HAVE I EVER was often played by celebrities on the *Ellen Show*

starring Ellen DeGeneris.  On the October 26, 2016 *Ellen Show*, Ellen DeGeneres, Martha Stewart, Snoop Dogg, and Anna Kendrick played a game of "NEVER HAVE I EVER."  The YouTube video for the show available at https://www.youtube.com/watch?v=LmjEjcyQxD0 states that it has been viewed more than 28 million times.  A screenshot from that show is shown below.



24.    Videos showing celebrities playing NEVER HAVE I EVER on the *Ellen Show* can still be seen on YouTube, including a three-part series called "Best of Never Have I Ever on *The Ellen Show*."

25.    In the YouTube video shown at the 6 minute 51 second mark at https://www.youtube.com/watch?v=d3WynSi_KSQ, Ellen DeGeneres states, "Never have I ever lied to Ellen while playing Never Have I Ever."

26.    Plaintiff's NEVER HAVE I EVER game is a version of the popular game known by the same generic name long before Plaintiff introduced its game.

27.    The NEVER HAVE I EVER game played on the *Ellen Show* was not made by

Plaintiff or licensed by Plaintiff.

28.    On January 30, 2015, Plaintiff issued a press release headlined, "*Johnny Depp, Gwenyth Paltrow Play Never Have I Ever on 'Ellen' but NOT this Raunchy Version!*"[7] The press release also states: "'Never Have I Ever, the game of poor life decisions has the same principles as the game you played in college, said INI CEO/Founder, Jay Vohra. 'But this version is designed for adults and we think it's pretty awesome.'" The principles of the "Never Have I Ever" games played in collect include making statements beginning with the phrase, "Never Have I Ever."

29.    Some of the cast of the popular television show *Mom* were interviewed playing a game of Never Have I Ever published on Facebook in 2019 at https://www.facebook.com/watch/?v=565417753984556.  On information and belief, the producers of the show did not obtain a license from Plaintiff to play a "Never Have I Ever" game.  A screenshot from that show is shown below.



---

[7]https://www.prweb.com/releases/johnny_depp_gwenyth_paltrow_play_never_have_i_ever_on_ellen_but_not_this_raunchy_version_/prweb12480992.htm

*Answer and Counterclaim*                              **18**

30.     Some of the cast of the popular Netflix show "Never Have I Ever" played a game of NEVER HAVE I EVER during an interview available on YouTube at https://www.youtube.com/watch?v=I8PG7V51zdY.  An excerpt from the interview shown below states "The Never Have I Ever Cast Plays A Game of Never Have I Ever."  The name of the game "Never Have I Ever" in this sentence is a reference to a category of game played using "Never Have I Ever" statements.



31.     The cast of the popular show "Riverdale" played a generic game named "Never Have I Ever" with hand-made cards on the television show *Extra* available at https://www.youtube.com/watch?v=EGDNxTh3BPw.  A screenshot from a YouTube video from that show is shown below:



32.     The game known as NEVER HAVE I EVER also was played by the Riverdale cast in a scene from one of their TV shows.  A clip of that scene is available on YouTube at https://www.youtube.com/watch?v=MA8l7Gmd2Ig.

33.     In 2015, the cast of the show "The Fosters" played a game of "Never Have I Ever" in interview on *Clevver New*s that is published on YouTube at https://www.youtube.com/watch?v=hCuJv3Rn3jA.  That interview has been viewed more than 1.8 million times.  Shown below is a screenshot from that interview:



34.    On April 11, 2018, *Cosmopolitan.com* published a video with Ross and Rocky Lynch from the band The Driver Era playing "a game of Never Have I Ever" at https://www.youtube.com/watch?v=7_RKWpVdfQg.  The video has received over 2.3 million views on *Cosmopolitan*'s YouTube channel.  It also was posted at https://www.dailymotion.com/video/x6hnzht.  The video includes "NEVER HAVE I EVER" statements regarding a scenario on the brothers' tour bus, as shown in the screenshot below from the *Cosmopolitan* channel video at the 24 second mark:



35.   Many publishers and individuals publish lists of NEVER HAVE I EVER questions online, including on social media accounts, and have done at least since well before 2023.

36.   For example, *Oprah Daily* published an article on January 12, 2023 titled, "100 Best 'Never Have I Ever' Questions To Spice Up Game Night."  The article was published at https://www.oprahdaily.com/life/g43143695/never-have-i-ever-questions/.  A true and correct copy of the article is attached hereto as **Exhibit 7**.

37.   As another example, a website at https:/snacknation.com/blog/never-have-I-ever-questions provides a list of "72 Best Never Have I Ever Questions For Endless Fun In 2022."  A true and correct copy of the list provided at the website is attached hereto as **Exhibit 8**.   The website is archived as of April 25, 2022 by the Internet Archive at https://web.archive.org/web/20220425075506/https://snacknation.com/blog/never-have-i-ever-questions/.

38.   A search for NEVER HAVE I EVER QUESTIONS on Instagram results in many lists of NEVER HAVE I EVER questions.  That is because consumers use NEVER HAVE NEVER questions as part of a game and recognize that NEVER

1    HAVE I EVER is a type of game, not the brand of a particular game.

2    39.    A blog about sewing includes a webpage dated September 7, 2018 titled

3    "sewing small talk: never have I ever" at:

4    https://oliverands.com/community/blog/2018/09/sewing-small-talk-never-have-i-

5    ever.html.  The blog suggests that readers play "a little game called Never Have I

6    Ever."  A partial screenshot from the blog at the link above is shown below:

7

8    # sewing small talk: never have I ever

9    by Liesl Gibson • September 7, 2018 • 26

10

11   Here's a fun and silly little project for you! S and her friends sometimes play a little game called
     Never Have I Ever. It's a fun way to learn more about your friends and let them know a little bit

12   about you.

13   So I thought I would make a Never Have I Ever sewing edition for you! Try this game to see
     how you score, and post your results to Facebook or Instagram so we can learn more about you.

14   Feel free to add a little commentary or a funny story to your, too! #neverhaveieversewing

15   #lieslandco

16   A true and correct copy of the blog is attached as **Exhibit 9**.

17

18   40.    A search for "NEVER HAVE I EVER" on etsy.com results in dozens of

19   "NEVER HAVE I EVER" games, a few examples of which are shown below:

20   

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



41.    Below is a true and correct copy of an excerpt from an Etsy page for a NEVER HAVE I EVER ice breaker office game played on a computer.



The game can be downlowded at https://www.etsy.com/listing/1500635421/team-building-icebreaker-office-game.  A true and correct copy of this webpage is attached hereto as **Exhibit 10**.  The game received a review on that site at least by June 20, 2023.

42.    In approximately 2020, the *Oprah Daily* YouTube channel devoted a show starring Oprah Winfrey, Gayle King and Ashley Graham to "playing a game called 'Never Have I Ever."  The show was published at https://www.youtube.com/watch?v=5BGM5DnTQMk.  Ashley Graham explained that "typically this is a drinking game."  A screenshot from that show is shown below at the 2 minute 28 second mark where the statement shown is "Never have I ever…interviewed someone I disliked."





43.    The game known as NEVER HAVE I EVER is also played online using various third-party sites.  For example, the website at https://www.neverhaveiever.org, allows players to "Play 'Never Have I Ever' Online and uncover your friends' secrets!"  At the link below,[8] the website states that "The **Never Have I Ever game** is a timeless favorite for parties, gatherings, and hangouts, offering a fun and interactive way to bring people closer together."

44.    A number of apps from various third-party sources allow consumers to play the NEVER HAVE I EVER game.  **Exhibit 12** is a collection of true and correct copies of screenshots of apps available on an iPhone categorized as "Never Have I Ever Games: "Never Have I Ever Dirty 18+", "Never Have I Ever: Dirty Cards", "Never Have I Ever – Dirty Game", "Deep Talk & Never Have I Ever", "Never Have I Ever, Dirty

---

[8] https://neverhaveiever.org/blog/how-to-play-never-have-i-ever-tips-for-fun-and-easy-icebreaker-games

Games", "Never Have I Ever – Adults", "Never Have I Ever Dirty Game", "NHIE – Never Have I Ever", "Never Have I Ever: Adult Games."  These apps use NEVER HAVE I EVER as the name of the game in which a statement is made starting with the words "Never have I ever."

45.    Multiple NEVER HAVE I EVER games have been published in books using lists of NEVER HAVE I EVER statements.  One of these books, called "NEVER HAVE I EVER:  THE WORLD'S MOST REVEALING GAME," was published in 2012 and is sold on Amazon.com.  The cover page of this NEVER HAVE I EVER book appears below and the Amazon page on which it is sold[9] shows that it has a copyright date of 2012.



46.    A book called "Never have I ever… game.  400 questions" was published in 2020 and bears a copyright date of 2020, as shown in the images below from the book:

---

[9] https://www.amazon.com/Never-Have-Ever-Secrets-Revealing/dp/1612430996

1
2
3
4
5
6
7
8
9
10
11
12





13  47.     Another book titled "NEVER HAVE I EVER game Book For Kids" was

14  published by 2019 and bears a copyright date of 2019, as shown in the images below

15  from the book:

16
17
18
19
20
21
22
23
24
25
26
27
28



1

2

3

4

5

6

7

8

Copyright 2019 Ella Bennett

No part of this book may be reproduced in any form or by any electronic or mechanical means,
including information storage and retrieval systems,
without written permission from the author.

9

10

11

12

13

48.    A book titled "NEVER HAVE I EVER… AN EXCITING AND SEXY GAME
FOR ADULTS" was published in 2019 and bears a 2019 copyright date as shown in
the images below from the book.



All rights reserved. No portion of this book may be reproduced in
any form without permission from the publisher, except as permitted
by U.S. copyright law.

This book is for entertainment purposes only. This book is not
intended, nor should the reader consider it, to be relational advice for
any situation. The author makes no representations or warranties
with respect to accuracy, fitness, completeness, or applicability of the
contents of this book.

Copyright © 2019 Love & Desire Press

All rights reserved.

ISBN 13: 978-1673522150

49.

50.    The "NEVER HAVE I EVER…AN EXCITING AND SEXY GAME FOR
ADULTS" book is sold on Amazon.com and states that "The rules for this game are
very simple, if a little different than the typical *Never Have I Ever*..game".   This is

*Answer and Counterclaim*                                    **29**

shown in a true and correct copy of one page from the book, shown below.

**HOW TO PLAY THE GAME**

The rules for this game are very simple, if a little different than the typical *Never Have I Ever..* game:

There needs to be at least two people to play. (It's a great game for new couples to learn about each other!) If you and your partner are really adventurous, try playing with another couple, or even more people at a party. The more people, the more fun!

Each page has a statement that begins with "Never have I ever…". One player should read the statement in its entirety. Each player will then consider if the statement is true for them, and if it is, they will hold up a finger. For example: Seth and Lucy are playing together. Seth reads, "Never have I ever… Had a threesome." Seth has never

51.    A NEVER HAVE I EVER board game called "DRUNK DICE" has been sold on Etsy since at least 2023.[10]  The board game is shown in the image below, a partial screen shot from the Etsy link where it can be purchased:

---

[10] The game can be purchased on this link: https://www.etsy.com/listing/1496606017/drunk-dice-party-game-drinking-dice?ls=r&external=1&rec_type=ss&ref=landingpage_similar_listing_top-1&pro=1&sts=1&content_source=d10726d40454505978bb7102c8398c0f%253A07780153e654058e8fb2d6d42db2935369a5a4cc&logging_key=d10726d40454505978bb7102c8398c0f%3A07780153e654058e8fb2d6d42db2935369a5a4cc.



This NEVER HAVE I EVER board game has received reviews dated at least as early
as August 31, 2023.  The board game was published and available for purchase in
2023.

52.     Another NEVER HAVE I EVER board game has been available from Etsy and
reviewed since at least August 2023, as shown in the screenshot below from its Etsy

page:[11]



53.     NEVER HAVE I EVER card games are and have been available from multiple publishers with no relationship to Plaintiff.  Below is a screenshot from a NEVER HAVE I EVER drinking card game sold on Etsy that is not provided by Plaintiff at the link below:[12]

---

[11] It can be purchased at the following link:
https://www.etsy.com/listing/1467117449/never-have-i-ever-savings-
challenge?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=galler
y&ga_search_query=%26quot%3Bnever+have+i+ever%26quot%3B+%26quot%3Bb
oard+game%26quot%3B&ref=sr_gallery-1-
14&sr_prefetch=1&nob=1&content_source=03111543-0280-4866-9338-
2ce0b7081eca%253Afc3172aa57eadb1e978fcbfeeeee3cf096e4e6d1&organic_search_
click=1&logging_key=03111543-0280-4866-9338-
2ce0b7081eca%3Afc3172aa57eadb1e978fcbfeeeee3cf096e4e6d1

[12] The game can be purchased on this link:
https://www.etsy.com/listing/1391527330/never-have-i-ever-drinking-game-



The game received the following review dated August 6, 2023, showing that it was sold by August 2023.

★★★★★

good product and really fast to receive it!! love it

Purchased item: Never Have I Ever Drinking Game | 100 Cards | Adult Party Gam...

Caitlinn x   Aug 6, 2023

Item quality   5 ★
Shipping   5 ★
Customer service   5 ★

54.    Another NEVER HAVE I EVER card game has been sold on Etsy and was reviewed by at least August 19, 2023.  This is shown on the image below, which is a screenshot from the Etsy page the game can be purchased on along with two reviews.[13]

for?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_s earch_query=never+have+i+ever+board+games&ref=sr_gallery-1-5&sr_prefetch=1&pro=1&dd=1&nob=1&content_source=6ee4481e-7735-4bf0-96e9-5eaba8836c26%253A9b2fbb8f5b3a6f3d67e1f028c5ecdb436e3c033a&organic_search _click=1&logging_key=6ee4481e-7735-4bf0-96e9-5eaba8836c26%3A9b2fbb8f5b3a6f3d67e1f028c5ecdb436e3c033a

[13] It can be purchased at this Etsy link: https://www.etsy.com/listing/1538766866/never-have-i-ever-drinking-game-party?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga _search_query=never+have+i+ever+board+games&ref=sr_gallery-1-4&sr_prefetch=1&dd=1&nob=1&content_source=6ee4481e-7735-4bf0-96e9-5eaba8836c26%253A0df4872d0fe7cd741ada2e0c90b0946769e23a45&organic_searc

*Answer and Counterclaim*                    **33**



55.    Another NEVER HAVE I EVER card game from a third party is sold on Amazon.com as "HAVE YOU EVER."[14]  It has NEVER HAVE I EVER cards allowing players to make statements beginning with the phrase "NEVER HAVE I EVER."  Below is a screenshot from the Amazon.com page on which the game can be bought where the game is classified for consumers as a "Never Have I Ever Game."

_____

h_click=1&logging_key=6ee4481e-7735-4bf0-96e9-5eaba8836c26%3A0df4872d0fe7cd741ada2e0c90b0946769e23a45

[14] It can be purchased on Amazon.com at the following link: https://www.amazon.com/Never-Have-Ever-Game-Bachelorette/dp/B0DHNZCW1H/ref=cm_cr_arp_d_bdcrb_top?ie=UTF8



56.     Another NEVER HAVE I EVER card game has been sold on Etsy since at least 2020 as shown in the partial screenshot below from the link at which it can be purchased.[15]  A true and correct copy of a screenshot from the Etsy link is attached as **Exhibit 12**.  The game received a review in September 2024.

---

[15] https://www.etsy.com/listing/756801918/adults-only-never-have-i-ever-printable?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=%26quot%3Bnever+have+i+ever%26quot%3B+board+games&ref=sr_gallery-1-9&sr_prefetch=1&dd=1&nob=1&content_source=e299f48c-cb48-425e-9271-967b3cc711e0%253Ac7f0ab6cf798046e8a41c415778f75764c37f251&organic_search_click=1&logging_key=e299f48c-cb48-425e-9271-967b3cc711e0%3Ac7f0ab6cf798046e8a41c415778f75764c37f251



57.     Yet another NEVER HAVE I EVER card game with no connection to Plaintiff has been sold online at Etsy since at least 2021 with an image shown below.



58.    It is available for purchase at the link below,[16] a true and correct copy of which is attached as **Exhibit 13**.  The Etsy link for the game shown above states that the game comes with "100 NEVER HAVE I EVER CARDS" and that it is a "NEVER HAVE I EVER GAME."  The game is a NEVER HAVE I EVER GAME.

---

[16] It is available for purchase at the following link:
https://www.etsy.com/listing/943565731/never-have-i-ever-card-game-for-couples?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=%26quot%3Bnever+have+i+ever%26quot%3B+board+games&ref=sr_gallery-1-19&sr_prefetch=1&sts=1&dd=1&nob=1&content_source=e299f48c-cb48-425e-9271-967b3cc711e0%253Af7a8f5b31d98164893bafcdf8a130ee1ce688a01&organic_search_click=1&logging_key=e299f48c-cb48-425e-9271-967b3cc711e0%3Af7a8f5b31d98164893bafcdf8a130ee1ce688a01

59.     Another NEVER HAVE I EVER card game with no connection to Plaintiff has been sold on Etsy since 2023 at the link below.[17]  The image below is a partial screenshot of the Etsy page on which the card game can be purchased, showing that the game was reviewed on September 7, 2023.



---

[17] https://www.etsy.com/listing/1497982551/never-have-i-ever-couples-game-never?ls=s&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=never+have+i+ever+board+games&ref=sr_gallery-1-20&sr_prefetch=1&sts=1&dd=1&nob=1&content_source=9642df3f-dd30-41fc-a323-5935753666c0%253Abbdc5d1eb42727f7043aacbb76fb715d9ab65c6d&organic_search_click=1&logging_key=9642df3f-dd30-41fc-a323-5935753666c0%3Abbdc5d1eb42727f7043aacbb76fb715d9ab65c6d

60.     Because the trademark registration is invalid and generic, Plaintiff is not entitled to any relief for alleged infringement.

## COUNT I – CANCELLATION OF TRADEMARK REGISTRATION (15 U.S.C. § 1119) AND DECLARATORY JUDGMENT OF INVALIDITY

61.     Defendants and Counterclaimants reallege and incorporate by reference the foregoing paragraphs as though fully set forth herein.  This action involves registrations on purported trademarks for games.  The validity of Plaintiff's registrations are directly at issue, including U.S. Trademark Registration Nos. 4394071 and 4,660,646.  Plaintiff also asserts ownership of purported common law trademarks on the phrase "NEVER HAVE I EVER," purportedly in connection with board games, parlor games, computer games, and related products.

62.     Pursuant to 15 U.S.C. § 1119, this Court has the authority to order cancellation of a registered trademark in any action involving a registered mark.  Plaintiff's mark is invalid and should be cancelled from the Principal Register.

63.     The phrase "NEVER HAVE I EVER" is, and has long been, a widely used, well-known name for a popular parlor game that predates Plaintiff's alleged use and trademark rights. It is a term at least primarily understood by the relevant consuming public to refer to a type or category of game, rather than the source of any specific game.

64.     As such, the phrase "NEVER HAVE I EVER" is generic as applied to games, including board games, parlor games, and digital or computer-based games. It fails to function as a trademark and is incapable of serving as an indicator of source.

65.     Plaintiff's asserted registrations for marks on the phrase "NEVER HAVE I EVER" are therefore invalid and should be cancelled pursuant to 15 U.S.C. § 1064.

66.     Plaintiff's alleged common law trademark in "NEVER HAVE I EVER" is likewise invalid because the term is generic and should be declared invalid.

67.    Accordingly, Counterclaimants seek a judgment declaring that (a) "NEVER HAVE I EVER" is generic as applied to games, and (b) Plaintiff holds no valid or enforceable trademark rights, whether registered or unregistered, in the phrase.

## PRAYER FOR RELIEF

WHEREFORE, Defendants and Counterclaimants respectfully requests that this Court enter judgment in its favor and grant the following relief:

A. An order cancelling U.S. Trademark Registration Nos. 4394071 and 4,660,646. from the Principal Register;

B. Judgment that Plaintiff's alleged common law trademark on NEVER HAVE I EVER is invalid;

C.  Judgment dismissing Plaintiff's claims for infringement with prejudice;

D. An award of Defendant's reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117; and

E. Any further relief the Court deems just and proper.

Date: July 28, 2025

Respectfully submitted,

/s/ Ben M. Davidson
Ben M. Davidson
DAVIDSON LAW GROUP, ALC

*Attorneys for Defendants and Counterclaimants* MMAD Games, LLC and Imagination Gaming Inc.,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## REQUEST FOR JURY TRIAL

Defendants and Counterclaimants request a jury trial for all issues that are triable by right by a jury.

Date: July 28, 2025                      Respectfully submitted,

/s/ Ben M. Davidson
Ben M. Davidson
DAVIDSON LAW GROUP, ALC

*Attorneys for Defendants and Counterclaimants* MMAD Games, LLC and Imagination Gaming Inc.,

*Answer and Counterclaim*                                **41**